**Starsha M. SEWELL, M.Ed.,**
**Plaintiff-Appellant,**

v.

**WESTAT, Defendant-Appellee.**

**No. 17-1919**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 22, 2018

Decided: January 24, 2018

Starsha Sewell, Appellant Pro Se. Todd James Horn, Lillian Lane Reynolds, VENABLE, LLP, Baltimore, Maryland, for Appellee.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders denying three post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Westat*, No. 8:16-cv-00158-RWT (D. Md. July 6 & 31, 2017; Aug. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*